IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DIANNE FRYER and RONALD CAESAR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:24cv583-MHT (WO) |
| FARMERS INSURANCE GROUP, et al., | ) ) ) | |
| Defendants. | ) | |

**OPINION AS TO FOREMOST INSURANCE COMPANY**

Plaintiffs filed this lawsuit claiming that defendants breached an insurance contract by failing to adequately investigate and pay plaintiffs' claims for fire damage to their residential property. Plaintiffs' property was insured under a policy sold by defendants Farmers Insurance Group and Foremost Insurance Company Grand Rapids, Michigan. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the partial motion to dismiss by Foremost Insurance Company Grand Rapids, Michigan be granted. There are no objections to the recommendation.

After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order will be entered.

DONE, this the 11th day of September, 2025.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**