IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DIANNE FRYER and RONALD CAESAR, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:24cv583-MHT (WO) |
| FARMERS INSURANCE GROUP, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER AS TO FOREMOST INSURANCE COMPANY

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 30) is adopted.

(2) The partial motion to dismiss by defendant Foremost Insurance Company Grand Rapids, Michigan (Doc. 10) is granted. Count 4 of the complaint is dismissed as to this defendant.

DONE, this the 11th day of September, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE