IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIANNE FRYER and RONALD CAESAR,  )  )  )  Plaintiffs,  )  )  v.  )  )  FARMERS INSURANCE GROUP,  )  et al.,  )  )  Defendants.  ) | CIVIL ACTION NO. 2:24cv583-MHT (WO) |

**OPINION AS TO DEFENDANT JACOB JANES**

Plaintiffs filed this lawsuit claiming that defendants breached an insurance contract by failing to adequately investigate and pay plaintiffs' claims for fire damage to their residential property. Defendant Jacob Janes is a claim investigator who handled plaintiffs' insurance claims on his employer's behalf. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Janes's motion to dismiss be granted, and that plaintiffs' motion for remand be denied. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2025.

                             /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**