IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIANNE FRYER and RONALD CAESAR,        ) ) ) | |
| Plaintiffs,        ) ) | |
| v.        ) ) | CIVIL ACTION NO. 2:24cv583-MHT (WO) |
| FARMERS INSURANCE GROUP, et al.,        ) ) ) | |
| Defendants.        ) | |

**JUDGMENT AS TO DEFENDANT JACOB JANES**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 29) is adopted.

(2) Defendant Jacob Janes's motion to dismiss (Doc. 11) is granted. Defendant Janes is dismissed and terminated in this lawsuit.

(3) Plaintiffs' motion to remand (Doc. 19) is denied.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and as a final judgment pursuant to Rule 54(b) of the same because there is no just reason for delay.**

**This case is not closed.**

**DONE, this the 11th day of September, 2025.**

                                           <u>/s/ Myron H. Thompson</u>
                                           **UNITED STATES DISTRICT JUDGE**