IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DIANNE FRYER and RONALD    )
CAESAR,                    )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )     2:24cv583-MHT
                           )         (WO)
FARMERS INSURANCE GROUP,   )
et al.,                    )
                           )
     Defendants.           )
```

OPINION AS TO FARMERS INSURANCE GROUP

Plaintiffs filed this lawsuit claiming that defendants breached an insurance contract by failing to adequately investigate and pay plaintiffs' claims for fire damage to their residential property. Plaintiffs' property was insured under a policy sold by defendants Farmers Insurance Group and Foremost Insurance Company Grand Rapids, Michigan. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motion to dismiss by Farmers Insurance Group be granted. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2025.

                                  /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE